NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ELOISE K. HAHN,**
*Petitioner,*

v.

**ENVIRONMENTAL PROTECTION AGENCY,**
*Respondent.*

---

2012-3017

---

Petition for review of the Merit Systems Protection Board in case no. CH0752080671-I-1.

---

## ON MOTION

---

## ORDER

Eloise K. Hahn moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

DEC 2 8 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Eloise K. Hahn
Joseph A. Pixley, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 8 2011

JAN HORBALY
CLERK